STATE OF NORTH CAROLINA v. RANSOM POWELL

No. 728SC705

(Filed 20 December 1972)

APPEAL by defendant from *Cowper, Judge,* 27 March 1972 Session of Superior Court held in WAYNE County.

Defendant was charged in a bill of indictment, proper in form, with the felony of armed robbery.

From the imposition of a prison sentence upon a verdict of guilty of common law robbery, the defendant appealed to the Court of Appeals, assigning error.

*Attorney General Morgan and Associate Attorney Boylan for the State.*

*Whitley & Vickory by C. Branson Vickory for defendant appellant.*

MALLARD, Chief Judge.

The evidence for the State tended to show that there was ample evidence of the defendant's guilt to require submission of the case to the jury. The defendant offered evidence of an alibi.

The defendant contends that the trial judge committed error in the admission of evidence, the charge to the jury and in other rulings. We have considered all of the defendant's assignments of error properly presented and are of the opinion that the defendant has had a fair trial free from prejudicial error.

No error.

Judges BROCK and BRITT concur.